UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEPENDENT POWER TANZANIA LTD.,

                Plaintiff,

vs.

THE GOVERNMENT OF THE REPUBLIC OF TANZANIA,

                Defendant.

Judge Hellerstein

07 CV 10366

___ CV _____



**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Plaintiff Independent Power Tanzania Ltd. ("IPTL"), by its counsel, Nixon Peabody LLP, affirms that IPTL is owned by Mechmar Corporation (Malaysia) Berhad and VIP Engineering. VIP Engineering is a privately held company in Tanzania. Mechmar Corporation is a Malaysian company, that is publicly traded on the Kuala Lumpur stock exchange..

Dated: New York, New York
       November 15, 2007

                              NIXON PEABODY LLP

                              Robert C. Sentner (RC 5223)
                              437 Madison Avenue
                              New York, NY 10021
                              (212) 940-3124

10806792.1