Hellerstein, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

INDEPENDENT POWER TANZANIA LTD.,

                Plaintiff,

       - against -

THE GOVERNMENT OF THE REPUBLIC
OF TANZANIA,

                Defendant.

-------------------------------------------------------------X

07 CV 10366 (AKH)

**STIPULATION**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendant The Government of the Republic of Tanzania's time to answer, move against or otherwise respond to the Complaint in this matter is January 22, 2008. This Stipulation does not extend the Government of Tanzania's time to respond to the Complaint but, rather, confirms the initial 60-day response time under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(d).

Dated: New York, New York
         December 4, 2007

NIXON PEABODY LLP

By: _____
    Robert C. Sentner
    437 Madison Avenue
    New York, N.Y. 10022
    (212) 940-3000

Attorneys for Plaintiff

HUNTON & WILLIAMS LLP

By: _____
    Joseph J. Saltarelli
    200 Park Avenue
    New York, N.Y. 10166
    (212) 309-1000

Attorneys for Defendant

SO ORDERED: 12/10/07

_____
U.S.D.J.