UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEPENDENT POWER TANZANIA LTD.,

      Plaintiff,

 - against -          07 CV 10366 (AKH)

THE GOVERNMENT OF THE REPUBLIC  **STIPULATION**
OF TANZANIA,

      Defendant.

------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

Plaintiff Independent Power Tanzania, Ltd.'s, time to respond to Defendant The Government of

the Republic of Tanzania's motion to dismiss the complaint is extended to February 8, 2008.

Dated: New York, New York
   January 29, 2009

NIXON PEABODY LLP        HUNTON & WILLIAMS LLP

By: _____    By: _____
 Robert C. Sentner          Joseph J. Saltarelli
 437 Madison Avenue        200 Park Avenue
 New York, N.Y. 10022       New York, N.Y. 10166
 (212) 940-3000          (212) 309-1000

Attorneys for Plaintiff         Attorneys for Defendant

SO ORDERED: 2/5/08

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/5/08