UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

INDEPENDENT POWER TANZANIA LTD.,                    07 CV 10366 (AKH)

                                        Plaintiff,

        vs.                                          DECLARATION

THE GOVERNMENT OF THE REPUBLIC OF TANZANIA,


                                        Defendant.

-------------------------------------------------------------------------------

## DECLARATION OF ROBERT C. SENTNER

Robert C. Sentner declares under penalties of perjury that the following is true and correct:

1.      I am a member of Nixon Peabody, LLP, attorneys for Independent Power

Tanzania Ltd. ("IPTL"), plaintiff in this action. I submit this Declaration in opposition to The

Government of The Republic of Tanzania ("GOT") motion to dismiss the complaint.

2.      Attached as Exhibit A is a copy of pages of the transcript of the arbitration that

was conducted between IPTL and Tanesco with respect to the Power Purchase Agreement. That

arbitration was held under the auspices of the International Centre for the Settlement of Dispute

Resolution. I appeared as counsel for IPTL in that arbitration, and have personal knowledge of

the proceedings. Hunton & Williams, counsel for the GOT in this action, appeared in that

arbitration on behalf of Tanesco.

3.      As set forth in Exhibit A, representatives of the Government of Tanzania were

present at the arbitration. They included, among others, Ms. Anna Muganda, Special Advisor to

the President of GOT, Mr. Patrick Rutabanzibwa, GOT's Permanent Secretary of the Ministry of

Energy and Minerals, and Mr. Sazi Salula, of the Attorney General's Chambers of the GOT.

Notably, Mr. Salula has now submitted a Declaration in this case in support of GOT's motion to dismiss the Complaint. Hence, while Mr. Salula is technically correct when he states that the GOT was not a party to that arbitration (Salula Declaration, ¶ 5), the fact is that the GOT, which guaranteed Tanesco's obligations under the Power Purchase Agreement, was present during, and participated in, that arbitration.

4.      Annexed as Exhibit B  is a copy of an October 22, 1997  letter from the World Bank in Washington DC to the Government of Tanzania.  This letter was introduced by IPTL as an exhibit in the arbitration.  Annexed as Exhibit C is a copy of a newspaper article dated October 10, 1997.  That article was also introduced as an exhibit in the ICSID arbitration.

5.      The financial model that is incorporated into the Final ICSID Arbitration Award, and governs the method of calculating capacity payments under the PPA, was negotiated between the parties primarily in the offices of Hunton & Williams in Washington D.C.  Hunton & Williams, which represented Tanesco in the ICSID arbitration, represented it in the negotiations that led to the agreed-upon financial model.  That financial model was incorporated into the Final Award issued in the arbitration.

6.      Attached as Exhibit D is a copy of a report from the World Bank web site describing the World Bank, in Washington D.C., providing financing for the GOT energy sector.

7.      Attached as Exhibit E are copies of articles that discuss GOT's business dealings with the United States company known as Richmond Development Company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2008

_____
Robert C. Sentner

# EXHIBIT A

BEFORE THE INTERNATIONAL CENTRE
FOR SETTLEMENT OF INVESTMENT DISPUTES

Fleet Arbitration Centre,
Fulton House,
Fleet Street,
London

Monday, 13th March, 2000

TANZANIA ELECTRIC SUPPLY
COMPANY, LTD.,

                              Claimant,

            - against -

INDEPENDENT POWER TANZANIA LTD,.
                              Respondent.

ICSID Case No.ARB/98/8

Before:
MR KENNETH ROKISON QC
(CHAIRMAN)
JUDGE CHARLES BROUWER
ANDREW JOHN ROGERS QC

- - - - - - - - - - - - - - - - - - - - -

MR ROBERT W HAWKINS assisted by MR JOHN JAY RANGE and MR BRETT
   A. BAKKE of Hunton Williams, Washington DC appeared for
   the Claimant.

MR ROBERT SENTNER assisted by MR CHRIS PAPARELLA and MISS
   NANCY HILL of Nixon Peabody, New York, appeared for the
   Respondent.

- - - - - - - - - - - - - - - - - - - - -

Transcribed from Tape by
Harry Counsell & Co.,
Cliffords Inn, Fetter Lane, London EC4A.1LD
Tel:  0171-242 9346

- - - - - - - - - - - - - - - - - - - - -

PROCEEDINGS
DAY ONE

- - - - - - - - - - - - - - - - - - - - -

BEFORE THE INTERNATIONAL CENTRE
FOR SETTLEMENT OF INVESTMENT DISPUTES

Fleet Arbitration Centre,
Fulton House,
Fleet Street,
London

Monday, 13th March, 2000

TANZANIA ELECTRIC SUPPLY )
COMPANY, LTD., )
)
)
Claimant, )
) ICSID Case No.ARB/98/8
- against - )
)
INDEPENDENT POWER TANZANIA LTD,. )
Respondent. )
)

Before:
MR KENNETH ROKISON QC
(CHAIRMAN)
JUDGE CHARLES BROUWER
ANDREW JOHN ROGERS QC

- - - - - - - - - - - - - - - - - - - -

MR ROBERT W HAWKINS assisted by MR JOHN JAY RANGE and MR BRETT
A. BAKKE of Hunton Williams, Washington DC appeared for
the Claimant.

MR ROBERT SENTNER assisted by MR CHRIS PAPARELLA and MISS
NANCY HILL of Nixon Peabody, New York, appeared for the
Respondent.

- - - - - - - - - - - - - - - - - - - -

Transcribed from Tape by
Harry Counsell & Co.,
Cliffords Inn, Fetter Lane, London EC4A.1LD
Tel: 0171-242 9346

- - - - - - - - - - - - - - - - - - - -

PROCEEDINGS
DAY ONE

- - - - - - - - - - - - - - - - - - - -

1

2  THE  CHAIRMAN:  If everybody is ready we are probably a few

3  minutes late. First of all, good morning to you all. I

4  said "Good morning" informally to some of you but not to

5  all, but a formal "Good morning" from the Tribunal.

6  Welcome to London, welcome to the Fleet Arbitration

7  Centre, and to this hearing in the ICSID case of TANESCO

8  and IPTL.

9        May I first of all present to you apologies for

10  absence. Margereta Stevens, from The World Bank who, as

11  you know, has attended all our previous meetings has come

12  to London but unfortunately has been taken ill. She has

13  probably got 'flu, she is not feeling very well and does

14  not think it would be sensible to come and distribute her

15  sickness around everybody else. But she will be available

16  to be called if any administrative problems which we

17  cannot solve need to be solved.

18        Just a few administrative matters, if I may.  You

19  were kind enough to send to Margereta Stevens, who sent to

20  us, a list of those who would be attending. If there are

21  any additional people who have come and attend the

22  hearings we would like that to be indicated to us on a

23  daily basis, but we have the list of those who intended to

24  come. That can be done in writing in the course of the

25  day.

26  MR  HAWKINS:  Could we do it on the record, and I would be

27  happy to do it again in writing.

28  THE  CHAIRMAN:  Yes, certainly, by all means.

29  MR  HAWKINS:  We have everyone here who we said would be here

30  except one, Mrs Wandiva, the general counsel of TANESCO

31  has not arrived but we are pleased to have with us, I am

32  about to tell you, that is why I broke in, we are pleased

33  to have with us Miss Anna Muganda who is a special adviser

34  to the President of the United Republic of Tanzanier -

35  Welcome.

36  THE  CHAIRMAN:  Thank you very much.  Now, can I come straight

37  away to the question of sitting hours. I hope that you do

38  not mind that we advanced the hearing this morning by half

39  an hour although there is work to be done in sorting out

2

BEFORE THE INTERNATIONAL CENTRE
FOR SETTLEMENT OF INVESTMENT DISPUTES

International Dispute Resolution Centre Ltd
8 Breams Buildings
London   EC4A.1HP

Thursday, 20th July, 2000

| | |
|---|---|
| TANZANIA ELECTRIC SUPPLY COMPANY, LTD., | ) |
| | ) |
| | ) |
| Claimant, | ) |
| | ) ICSID Case No.ARB/98/8 |
| - against - | ) |
| | ) |
| INDEPENDENT POWER TANZANIA LTD,. | ) |
| Respondent. | ) |
| | ) |

Before:
MR KENNETH ROKISON QC
(CHAIRMAN)
JUDGE CHARLES BROWER
ANDREW JOHN ROGERS QC

--------------------

MR ROBERT W HAWKINS assisted by MR JOHN JAY RANGE and MR BRETT
A. BAKKE of Hunton Williams, Washington DC appeared for the
Claimant.

MR ROBERT SENTNER assisted by MR CHRIS PAPARELLA  of Nixon
Peabody, New York, appeared for the Respondent.

--------------------

Transcribed from Tape by
Harry Counsell & Co.,
Cliffords Inn, Fetter Lane, London EC4A.1LD
Tel: 020 7242 9346

--------------------

PROCEEDINGS
DAY ONE

N105462_1

1

2   THE CHAIRMAN:  I think we are now on record, and may I now    11 am

3       formally welcome everyone to this session of the Tribunal

4       in TANESCO and IPTL. Perhaps each day we could have, for

5       the record, a list of those who are attending and in

6       accordance with our informal discussions I think it is

7       for you, Mr Hawkins, to begin.

8   MR  HAWKINS:  Yes, Sir. Before I begin I would, for the

9       record, like to introduce to the Tribunal the

10      representatives of TANESCO and the Government of Tanzania

11      who are here with us today.

12          I will just go down the row to my right. Next to Mr

13      Beardsworth is Mr Nimrod Mkono whom you have met

14      previously from Dar es Salaam - what is the name of your

15      firm?

16  MR  MKONO: (?) Mkono.

17  MR  HAWKINS:  To Mr Mkono's right is Mr Luhanga, the managing

18      director of TANESCO. To Mr Luhanga's right is Mrs

19      Wandiba, who is the general counsel of TANESCO. Next to

20      Mrs Wandiba is Mr Patrick Rutabanzibwa, the Permanent

21      Secretary of the Ministry of Energy and Minerals. To his

22      right is Mr Sazi Salula from the Attorney General's

23      Chambers of Tanzania.

24          Members of the Tribunal, for the reasons outlined in

25      TANESCO's July 5, 2000 letter, TANESCO will not proceed

26      further at this time with respect to its bribery claims.

27      We do, however, request an extension of time to present

28      our case with respect to bribery, and the reason for the

29      requested extension of time is that the investigation of

30      the matter of bribery is ongoing in Tanzania and TANESCO

31      would like to have an extension of time in order to gain

32      the benefit of any facts which are developed during the

33      course of that investigation.

N105462.1

1    Mr Rutabanzibwa is here this morning and I would ask
2    the Tribunal to hear him very briefly to give you a sense
3    of the state of the investigation, where it has been and
4    what is the current anticipation or estimated length of
5    the investigation, although one can never predict these
6    things with any degree of certainty. With the leave of
7    the Tribunal I would introduce Mr Rutabanzibwa.
8    MR  SENTNER:  If I might, I had not been prepared for this,
9    Mr Rotabanzibwa was a witness here. For him to start
10   telling the Tribunal about these bribery claims at this
11   point, I am not particularly comfortable with that. What
12   they are asking for, I think what their position is that
13   they need more time to investigate this. I do not know
14   why we need Mr Rutabanzibwa to describe what the
15   investigation is involving or how long it is going to
16   take.
17   MR  HAWKINS:  Just for clarification, Mr Rutabanzibwa will
18   not be discussing the merits at all, just the status and
19   brief history of the investigation and its anticipated
20   length. No discussion of merits of the bribery claim, or
21   any evidence that has been developed to date.
22   JUDGE BROWER:  I am sorry, his position is?
23   MR  HAWKINS:  He is the Permanent Secretary of the Ministry
24   of Energy and Minerals, which is the agency, the Ministry
25   within the Tanzanian Government that has oversight
26   responsibility with respect to TANESCO.
27   THE  CHAIRMAN:  I think the view of the Tribunal is that any
28   submissions in relation to an application such as this,
29   it is necessary that they should be made by lawyers, but
30   anything that Mr Rutabanzibwa may say will not be
31   regarded as evidence for any purposes whatever. We are
32   not hearing him as a witness and it will not be subject
33   to cross-examination and it will be a matter obviously
34   for the Tribunal to decide the extent to which it takes

1  into account what he says, accepts it or otherwise, for
2  the purpose of the application, just as they would in
3  relation to any submission made by counsel. So I think
4  the Tribunal's view is that we will hear Mr Rutabanzibwa
5  with those qualifications.

6  MR   HAWKINS:  Yes, Sir.

7  THE   CHAIRMAN:  Thank you.

8              MR PATRICK RUTABANZIBWA, Called

9  THE   CHAIRMAN:  Yes, Mr Rutabanzibwa?

10  A.  Yes, very briefly, just the chronology. The Prevention of
11      Corruption Bureau in Tanzania began investigating
12      allegations of corruption, having been involved in the
13      procurement of the power purchase agreement in late ---

14  JUDGE BROWER:  Could you speak up a little bit so we might
15      hear better.

16  A.  Yes. The Prevention of Corruption Bureau began
17      investigating allegations regarding corruption in the
18      procurement of the Power Purchase Agreement in late 1997,
19      but the investigations were tentative. At that time the
20      IPTL project had already begun to have problems, and
21      there was a little bit of controversy surrounding the
22      project, particularly tariff issues. The Prevention of
23      Corruption Bureau continued until 1998 and then in 1999
24      it teamed up with a professional investigative firm,
25      DSFX, to continue looking at these issues. That is when
26      really the investigation was carried out in earnest.

27  MR   ROGERS: Well, in fact it was in 1998 that this
28      DSFX organisation started, was it not?

29  A.  Yes, they had a tentative, an exploratory look at these
30      issues in 1998, but they teamed up with the Prevention of
31      Corruption Bureau in March, 1999. After that there was a
32      lull in the investigation until early 2000. This explains
33      why there has not been all that much progress in looking
34      into these issues.

1      The Government has now decided to also involve the
2      criminal investigations department in the Ministry of
3      Home Affairs, in order to support the Prevention of
4      Corruption Bureau.

5      The Prevention of Corruption Bureau has had capacity
6      problems, not enough staff, not enough experience, it is
7      only now being strengthened in order to assist the
8      Government. There is also the complication that the
9      investigation now, after the preliminary work, the
10     investigation necessarily has to focus on very senior
11     officers within the Government, and this partly explains
12     why there has not been all that much progress.

13  MR  ROGERS: But when you say there has been a lull, there
14     was a report in January, 1999 by DSFX recommending a
15     further phase. Did that ever occur - phase 3?

16  A.  Yes, and no. It is very difficult to really say because
17     even in the Government there has been a lot of
18     controversy about whether indeed an investigation has
19     been completed. Some within Government would say we have
20     done all we can, and we have discovered nothing, while
21     others will say "Look, there's an awful lot more to do".
22     It is the view of the Government at this point in time
23     that there is an awful lot of investigation that still
24     has to be carried out. I think that is why the Criminal
25     Investigations Department, which has more manpower, and
26     probably more experience than the Prevention of
27     Corruption Bureau, has been engaged to assist in this
28     investigation.

29  JUDGE BROWER: I am sorry, Mr Rogers' question was, was
30     phase 3 of the DSFX investigation that was proposed at
31     the end of the materials that had been submitted to us,
32     was that contracted for and then carried out, or was it
33     not contracted for?

34  A.  No, it has not been fully carried out as proposed.

N105462.1

1  Q.  And is it correct that at some point the Prevention of
2      Corruption Bureau has declined to co-operate further with
3      DSFX?

4  A.  I would not say it has declined to co-operate further,
5      but there has been debate within the Prevention of
6      Corruption Bureau as to whether the collaboration with
7      DSFX has a sound legal basis.

8  Q.  And to what part of the Government is the Prevention of
9      Corruption Bureau subordinate? Is it within a Ministry,
10     or the Office of the President, or where?

11 A.  It is in the Office of the President, it reports directly
12     to the office of the President

13 Q.  And the Criminal Investigation Division is part of what?

14 A.  The Ministry of Home affairs.

15 THE  CHAIRMAN:  In the light of the application that is being
16     made I am in a sense less interested in why the
17     investigation has not been completed but I am rather more
18     interested in what is going to be done in the near
19     future, what remains to be done, and when is it going to
20     be done, because this application is an application for
21     an extension of time, and I want to know on what basis,
22     whether that is answered by you, Mr Rutabanzibwa, or
23     whether it is something that is dealt with by Mr Hawkins.
24     As I say, I am less interested in an explanation as to
25     what happened in the past than some clarification as to
26     what is intended to happen in the future.
27     as to what is intended to happen in the future.

28 A.  Yes.  I would like to defer to Mr Hawkins and Mr Mkono on
29     what is to be, but I have been informed by the Director
30     of Criminal Investigations that if he were to be given
31     one and a half to two months he believes he would stand a
32     good chance of concluding the investigation, although I
33     must caution that it is very difficult to predict.  Even
34     he admits that.

N105462.1

# EXHIBIT B

WORLD BANK AFTU1 202 473 8301
WORLD BANK AFTU1

NO. 1638    P. 2/4

The World Bank
Washington, D.C. 20433
U.S.A.

CALLISTO E. MADAVO
Vice President
Africa Region

October 22, 1997

His Excellency
Benjamin William Mkapa
President of the Republic of Tanzania
Dar es Salaam, Tanzania

Fax: 255 51 113 425

Your Excellency:

*Tanzania's Power Sector Development Program*

Further to our meeting in September in Dar es Salaam, I am writing you to express our concern about recent developments in the power sector, in particular the decision to proceed with the Independent Power Tanzania Limited (IPTL) power project. This project, which received Government endorsement in mid-1995, is at an advanced stage of implementation; yet fundamental questions regarding its technical and economic feasibility remain unanswered.

Based on the available information, we believe that the IPTL project proposes technology not fully compatible with the Tanzanian power system, will lead to significant and unnecessary tariff increases, thereby threatening the financial viability and sustainability of TANESCO and the sector, and will significantly reduce Tanzania's ability to attract private investment to the sector. Nor will this project resolve the present energy shortages. This point is underscored by the fact that, at present, TANESCO's diesel and gas turbines are running at about 50 percent utilization because of a lack of cash to purchase fuel. In our view, the under-utilization of installed power generation capacity is a direct result of TANESCO's precarious financial position, which will be further undermined by the IPTL project.

Over the past year, my staff have expressed concern about TANESCO's financial performance and poor liquidity situation caused by TANESCO's inability to collect full and timely payments for electricity consumption from Government agencies and parastatals. More recently, in our July 11, 1997 letter to H.E. Daniel Yona, Minister of Finance, we suggested the actions which we believe are required to assure TANESCO's survival, and its ability to provide reliable electricity to support economic growth, and we

WORLD BANK AFTU1                                    NO. 1633   P. 3/4

-2-

October 22, 997

expressed concern about the high cost to the economy of load shedding. We also raised concerns about the impact of the IPTL power project on the financial viability and sustainability of the sector.

Although we have had a long-standing and productive relationship with the Government in the power sector, we have found it difficult to obtain information on this project. Indeed, it is possible that we are not well informed about all the details concerning the structure and contractual and commercial arrangements of this project. However, based on the information available, our view is that this project is not in the short term or long term interests of the people of Tanzania, and in particular, it is not consistent with maintaining the cost of power as low as possible. Let me state briefly why we think it vital to review the terms and conditions of the IPTL contract as a matter of urgency:

- Given current planning assumptions (based on the completion of the Kihansi Hydropower and Songo Songo projects), an additional 100 MW of generation capacity is not needed until 2004. If this assumption proves correct, electricity consumers will be required to pay more than $50 million annually for up to five years to support an investment which is not needed, since TANESCO will have to pay for the IPTL project regardless of whether it dispatches energy from the plant or not.

- Even if 100 MW of capacity were needed, there are other lower cost alternatives available to Tanzania. We estimate the average cost of IPTL power per kWh to TANESCO over the 20-year Power Purchase Agreement period would be more than two times the price of TANESCO's present average retail tariff. This will require a very steep tariff increase to TANESCO's average selling price beginning at the time the IPTL plant is commissioned.

- For an investment of such magnitude and importance, we are concerned about the lack of transparency and openness that resulted in Government commitments to the IPTL project. This concern is heightened by the fact that it does not appear that the technical, financial and economic aspects of this project, and the consequences it will have on sector development, have been adequately reviewed.

I believe we are in full agreement that Tanzania's development program is dependent on the provision of sufficient, reliable and "least cost" power to support economic growth. TANESCO's financial situation, however, is now threatening not only the power sector, but the country's economic recovery program. It is important, therefore, to address the structural problems of the sector through rational investments that promote efficiency. If the above analysis is correct, the IPTL project will not solve the systemic problems in the power sector; but instead will add unnecessary costs to the price of power, jeopardize the sustainability of TANESCO and the sector, and undermine Tanzania's competitiveness. The result will likely be perceived as major deterrents to future private investment in, as well as further donor support for, the power sector.

WORLD BANK AFTU1 202 473 8301
WORLD BANK AFTU1

NO. 1638   P. 4/4

-3-

October 22, 997

The construction of the IPTL project is reaching a point where the Government's options may disappear, and the Tanzanian consumer will have no choice but to pay a substantial amount for power generation capacity which is not needed for about five years.

In conclusion, I would urge you to consider all options, and move quickly and decisively to avoid placing Tanzania in a position where the IPTL project may have dire consequences for the development of the power sector and on economic growth. As always, I am committed to doing whatever I can do to assist you in this regard.

Sincerely yours,

Callisto E. Madavo

# EXHIBIT C

Attn: Julia
Fax: 5197316

# Sun Business

**FRIDAY OCTOBER 10, 1997**

## Stop Mechmar's Tanzania project, says World Bank

Dar es Salaam: The World Bank has threatened to withdraw funding for Tanzania's US$320 million (RM963.2 million) electricity project unless the government stops another power project financed by Malaysian businessmen.

Energy and minerals ministry principal secretary Patrick Rutabanzibwa told AFP that the bank had written to his ministry and the finance ministry expressing concern over the US$170 million (RM511.7 million) private project, warning that if implemented, it will push up power tariffs.

The power project is to be carried out by Independ-

ent Power Tanzania Ltd, a joint venture between Malaysia's Mechmar Corp and Tanzania's Engineering and Marketing Ltd.

To fund the project, IPTL, which is 70% owned by KLSE-listed Mechmar, signed a syndicated term loan facility of US$105 million (RM316 million) with two Malaysian banks — Sime Bank Bhd and Bank Bumiputra Malaysia Bhd.

IPTL, which will own and operate a power plant, is expected to be paid about eight US cents a kilowatt by the state-owned Tanzania Electric Supply Company (Tanesco).

Sources at the treasury also told AFP that the bank

is not happy with the Malaysian project, which is aimed at energising 15 new power sources "because it suspects that its actual cost has been tripled," said Rutabanzibwa.

He, however, that the government is looking into the issue with a view to ironing out differences with the World Bank, although other sources in the ministry also said that Tanzanian President Benjamin Mkapa has already ordered a review of the private project.

The power plant, to be located at Tegeta here, is the first privatised project in Tanzania as well as the first independent power producer in East Africa.

The World Bank is to provide US$200 million (RM602 million) to the Tanzanian government through its lending arm, the International Development Agency, for the gas-to-electricity project in Songo Songo, 224km south of here.

Two Canadian firms, Ocelot Energy Inc and Trans-Canada Pipelines, are also to inject an additional US$50 million, while the remaining US$70 million is to be raised through various international financing institutions.

The Canadian financiers have already expressed concern over the delay in implementing the project, which was sched-

uled to start in the second quarter of this year and involves construction of a gas pipeline from the Indian Ocean island of Songo Songo, a pipeline to Dar es Salaam and the power plant.

The World Bank also recently gave other conditions necessary for the release of the loan for the project, including raising of power rates by Tanesco and clearing of a US$16 million debt in outstanding bills owed to the company by the government.

Tanesco and the Tanzanik Petroleum Development Corp are also part owners in the Songo Songo gas-to-electricity project.

## IMF help no panacea for Indonesia ills, say analysts

Jakarta: Financial aid sought by Indonesia from the International Monetary Fund and other agencies to help the nation over its worst economic crisis in decades will not produce a magic cure, analysts said.

Part of the real problem of the crisis — corporate debt which is the responsible for and is aggravated by the fall in the rupiah — cannot be



## 8.85%

**MBf FINANCE FIXED DEPOSITS**

| MONTHS | EFFECTIVE RATE p.a. |
|--------|---------------------|
| 15 & above | 8.85% (compounding) |
| 12 | 8.00% |
| 9 | 8.5% |
| 6 | 8.375% |
| 3 | 8.375% |
| 1 | 6.0% |
| 3 | 8.375% |

# EXHIBIT D

🌐 *Staff Connections* - World Bank Intranet

🖶 Print

# Tanzania Obtains Credit For Emergency Power Supply

**News Release No:**2004/403/AFR

Media Contact in Washington:
Herbert Boh (202) 473 3548
hboh@worldbank.org
Aby Toure (202) 473 8302
akonate@worldbank.org

**Washington DC, June 8, 2004 –** The World Bank today approved an International Development Association (IDA) credit of US$43.8 million equivalent to assist the Government of Tanzania in implementing emergency measures that would avert a prolonged shortage of electricity supply due to extended drought affecting Tanzania's predominantly hydropower system.

While only 10 percent of the population in Tanzania has direct access to electricity, the impact of load shedding – on the order of about 27 percent of the country's electricity requirements – would affect a much larger segment of the population. This includes industrial and commercial firms and their workforce, as well as the provision of social services to the public at large.

The IDA credit will fund an emergency plan aimed at enabling Tanzania's electricity company TANESCO, to pay for fuel and energy purchases that would prevent load-shedding over the next eight months.

*"The project will prevent a contraction of economic activity, service delivery and the loss of jobs that would be inevitable during prolonged periods of electricity shortage",* explained **Karen Rasmussen, the World Bank's Task Team Leader** for the project.

Severe drought caused the water inflows to the overall hydropower system were two thirds of the average inflow over the past 25 years. The 2003 water inflow to the Mtera reservoir, the most important reservoir in Tanzania's hydropower system, was just 40 percent of the 60-year average inflow.

Over the past three years, significant achievements have been realized in the power sector: a substantial financial and operational turn around of TANESCO, the public power utility, has occurred under a performance-based management contract. Also, to address Tanzania's over-dependence on hydropower, private investment was mobilized to develop its gas reserves for power generation. These infrastructure facilities, to be commissioned in July 2004, will provide a least cost thermal alternative to hydropower. In the midst of this positive course of actions, Tanzania was hard-hit by a drought in 2003 which has adversely affected TANESCO's ability to generate electricity from hydropower.

According to **Rasmussen,** the shortage in electricity supply, which could extend to 2005 would represent about 27 percent of projected energy requirements in 2004, and could result in a severe contraction of economic activity and services estimated at about 6 percent of Tanzania's GDP.

The IDA credit is provided at the standard commitment fee of 0.5 percent, a service charge of 0.75 percent, and a maturity of 40 years, including a 10-year period of grace. The Government of Tanzania will finance the project with an additional US$23 million. Also, to meet the country's emergency power needs, TANESCO will mobilize about US$44 million of private investment for the installation of new gas-fired generation plant to run on indigenous gas.

For more information on the World Bank's work in sub-Saharan Africa visit:

# EXHIBIT E

# Origins of the Richmond energy scandal

**FINNIGAN WA SIMBEYE**

THE controversial awarding of a 100 megawatts power purchase agreement tender to a clandestine Richmond Development Company has emerged as one of the biggest scandals in recent history.

Tabling the probe team's report in Parliament, Kyela MP Dr Harrison Mwakyembe said senior government officials deliberately showed, "high powered grand graft courage," in favouring the American madbox company win the tender well beyond its financial, technical and experience capabilities.

Dr Mwakyembe who is not new to a game of courage, took the bull by its horns by clearly stating that pressure from the Prime Minister's Office which was thoroughly involved in the tender process of the PPA, paid dividends when the company finally won the deal.

Dr Mwakyembe, who in 2005 also publicly condemned South African Amalgamated Banks of South Africa (ABSA) for engaging in widespread violation of the country's banking sector rules, describing Absa managers as the National Bank of Commerce as criminal, earned himself the wrath of former Finance Minister Basil Pesambili Mramba who put pressure on him to resign as board member of NBC.

The forced resignation was reportedly blessed by former president Benjamin Mkapa, who defied moral principles of the highest public office by turning himself into an entrepreneur while at State House.

But in a history of its own making, never faced before in the post single party Dr Tanzania, Mwakyembe's five member committee, re-wrote parliamentary history when their report clearly mentioned culprits of the disgraceful going-by their trade names, going by their true names, calling into question of authority and role in the politics of awarding of the lucrative contract to the RDC.

THISDAY said since its inception in February 2006 made a keen follow up on the controversial American company, following its cronies, manoeuvres and ground tactics to secure the contract.

In the course of finding out details of the controversy, THISDAY, talked to former minister of energy and minerals, Daniel Ndhira Yona who in 2005 almost handed over a 1,150-kilometre Dar es Salaam to Mwanza oil pipeline project to the RDC.

Mr Yona who wanted to give the over 650bn/- project to RDC, said he had already rejected the company following failure to provide even a detailed feasibility study on how it would undertake the project.

A local company, Africommerce International Limited (AIL) initiated the pipeline project which Yona wanted to give to the US company because of what he termed as failure by the AIL to implement the project since the late 1980s.

"When the third phase government finished its term on December 31 last



## THISDAY
### Richmond: Hidden truth revealed

year, I knew Richmond while at the ministry after they approached us to take over the Dar es Salaam to Mwanza oil pipeline project," Yona insisted.

The AIL which had initiated the project in 1980s had spent over 150m/- by 2005 when the former energy and minerals minister decided that the company had failed to implement the project over the years hence suggesting that RDC take it over.

After a long silence, Richmond resurfaced in the local media in 2006 when it was revealed that the company secured a last minute bond from CRDB Bank after failing to do as a pre-condition to import a 20 MW General Electric gas turbine to supply power to Tanesco.

The RDC is one of the four private power generating companies which were awarded a tender in 2006 to supply Tanesco with 100MW of power to ease load shedding caused by droughts.

But reports said the Texas-based company failed to import a 20MW gas turbine early this month due to failure to obtain a bank guarantee which was ultimately provided by CRDB Bank.

While serving as minister for energy and minerals prior to his removal last year, Dr Msabaha who also served as deputy to Mr Yona during the last five years of president Mkapa's administration, defended the RDC contract as vital to the country.

The former minister then went on to dismiss allegations that he was a board member of the US company which was hired out by CRDB Bank through the 1360m/- bond in order to secure a contract with Tanesco to supply 100 megawatts (MW) of power to the national electricity grid.

"These reports are absolutely

untrue. I left office but we had rejected Richmond's proposal. As to what is happening now, you had better contact the current minister Dr Msabaha," Yona said.

has been officially confirmed by the RDC further probe team.

THISDAY's investigations of the RDC further came across the company's website which is jointly owned by Tanzanian born businessman Mohammed Gire and economist, Dr Mohammed Huque, who are both based in Houston, Texas. On its website, the company did not give any details on its finances other than giving a general notice on projects covered.

"RDC team has brought to an imminent close several projects totaling some 5500m (approx. 6500m/-). RDC's current development projects include civil constructions, oil pipelines and 200MW power plant, and a 200,000 bpd (barrels per day) refinery project in Brazil," the company said in the statement on its website.

Without naming where the other projects are specifically located, the RDC further said that it was undertaking the oil pipeline and a 60,000 seat-national stadium project. The company however, said on its website that most of its projects are in East Africa.

"Richmond Development Company of Houston which is developing several projects in the East African nation of Tanzania hosted Tanzanian ambassador to the US, Honorable Andrew M. Daraja to Houston, Texas, from July 20 through to July 22, 2003," the website posted statement noted.

The RDC said projects currently under development include, National Sports Stadium with seating capacity of sixty thousand spectators, 1,150kms of petroleum product pipeline plus five terminals."

# THISDAY

:: The voice of Transparency ::

**Publisher:**
Media Solutions Ltd

**Managing Editor:**
0744 264 628/212 7263

**Deputy Managing Editor:**
07444 304 329

**Chief reporter:**
0787 022 220

**Sports Editor:**
0744 440 560

**Newsroom:**
4th floor, Haidery Plaza
Tel: +255 22 211 0478, or
Tel: +255 22 211 0462/3
Fax: +255 22 211 0478

**Advertising:**
Ground floor,
Haidery Plaza
Cel. 0744 333 336
Tel. +255 22 212 7264
Fax: +255 22 212 7264

## New report on Richmond deal says: Contract was signed in 'strange' circumstances

-Key contractual issues protecting TANESCO as the client were ignored
-TANESCO's chief legal advisor didn't know who drafted the contract or what was in it
-'Political influence' was the overriding factor in the contract negotiations

THISDAY REPORTER
Dar es Salaam

THE highly-controversial Richmond power generation contract was signed at night and in strange circumstances, a new report by a government agency has asserted.

According to the report prepared by the state-run Public Procurement Regulatory Authority (PPRA), the Richmond deal signed last year not only contravened official government tendering procedures, but its apparent signing under the cover of darkness also raised eyebrows.

''The contract between TANESCO (Tanzania Electric Supply Company) and Richmond Development Company was signed in strange circumstances at night and at the Ministry of Minerals and Energy, with some contractual issues protecting the client having been ignored,'' says the PPRA report.

It now appears that TANESCO officials were literally bulldozed into signing a deal they had not even negotiated and without being given any room to review the draft contract before signing.

According to the PPRA's 2007 report on procurement, contract and performance audit of the state-run public utility firm, not even TANESCO's company secretary - as the company's chief legal advisor ? was aware of ''who drafted the contract'' with the US-registered Richmond Development Company.

Furthermore, the report notes that there was no performance bond attached with the contract, which it says is highly unusual for such types of contracts.

The report cites 'political influence' and 'clear interference' in the tendering process by 'higher authorities' in government, but falls short of revealing the identity of the top government leader(s) involved.

''Political influence forced TANESCO to waiver from principles of the contract'' it asserts, noting that the public utility firm was ordered to sign the contract with Richmond for the supply of 100MW thermal plant electricity even after 'conclusively' establishing the US company's non-responsiveness to the bid requirements and inability to deliver the services required.

A total of 26 companies initially approached the government for tender documents for the emergency supply of electricity early last year, but only eight actually tendered for the contract.

## Other nev

### Media counc 6bn/- boost 1

THE Media Cour (MCT) is today s agreement with f partners for a gra (approx. 6.1bn/-) council's new str regional press cl

### Editorial: We out slavery i

OUR country app succumbed to th menace of huma to a few greedy s An authoritative r this country has c the dubious distir source, tra

### Former Nyer blasts Mkapa

A CLOSE persor Mwalimu Julius M Butiku, has adde growing public ou criticism over for Benjamin Mkapa business activitie at State House.

## Sports ne

### 11 countries Cup

ELEVEN countrie made themselve Nyerere Cup Inte handball champic October 25-30 in

### Mandela invi Cup final

These were Real Energy (UK), Aggreko International (UAE), Richmond Development Company LLC (USA), REMCP SPA (Italy), APGUM Company Limited (Germany), Globeleq Limited (UK), GAPCO (Tanzania) Limited and QUANTUS of Germany.

The PPRA report says that after opening the original bids, TANESCO found all eight firms to be non-responsive to the terms of reference, and at the same time found that "the government was already interfering with the procedures."

This led TANESCO to cancel the tender altogether.

However, it is stated that 'higher authorities' in government then recalled the bid documents submitted by all the eight bidders from TANESCO, and proceeded to effectively take over the bid processing exercise

The tender was eventually awarded to Richmond despite the fact that it had already been rejected by TANESCO.

To add more mystery to the whole affair, another company - Dowans Holdings S.A of the United Arab Emirates ? was unexpectedly brought into the picture last December to inherit Richmond's contract with TANESCO.

According to the PPRA report, this new arrangement between Richmond and Dowans appeared quite odd since "the contract between RDC (Richmond Development Company) and TANESCO did not provide for re-assignment of the contract to Dowans, but a subcontracting arrangement."

After conducting its own investigation in the face of a public outcry triggered by allegations of corruption in the whole Richmond deal, the Prevention and Combating of Corruption Bureau (PCCB) surprisingly announced last May that the investigation had found no improprieties in the deal.

Making the announcement at a news conference in Dar es Salaam, PCCB director general Edward Hosea made no mention of any possible political interference in the contract negotiations and its ultimate signing.

All the PCCB boss said was that at one point, the government formed a three-man special committee comprising the permanent secretaries at the Treasury and the Ministry of Energy and Minerals, and the attorney-general, to oversee the contract negotiations and advise the government accordingly.

However, the revelations now emerging from the new PPRA report would appear to seriously discredit the results of the investigation conducted by the state-run anti-corruption watchdog.

FORMER South
Nelson Mandela
attend next week
final between the
England.

## Coach lame
refereeing

THE Tanzania F
(TFF) has been a
the standard of r
the ongoing Mair
league can run s

---

Copyright©Thisday Ltd. | Site designed and maintained by: **Infocomtechnologies** Ltd.

THIS DAY   THURSDAY 7 FEBRUARY 2008

# Will he resign?

**THISDAY REPORTER**

Dar es Salaam

**W**ILL he or will he not resign? That's the question going through the minds of many Tanzanians today after Prime Minister Edward Lowassa was conclusively linked to the 172.9bn/- Richmond power generation scandal by a parliamentary probe committee.

Pundits say it may now be virtually impossible for Lowassa to survive the imminent political fall-out after being fingered by the Bunge committee that investigated the scandal as having exercised undue influence to ensure the contract was eventually awarded to the dubious Richmond Development Company LLC.

The chairman of the parliamentary probe committee, Dr Harrison Mwakyembe, announced in parliament yesterday that there was sufficient evidence suggesting that Lowassa and his close friend, Igunga lawmaker Rostam Aziz, had personal business interests in the Richmond

Continues on page 2





Dr Ibrahim Msabaha



Nazir Karamagi



Johnson Mwanyika

# JK may be forced to reshuffle cabinet

**THISDAY REPORTER**

Dodoma

PRESIDENT Jakaya Kikwete may now be forced to reshuffle the cabinet sooner rather than later after Prime Minister Edward Lowassa and several other senior ministers were implicated in the Richmond scandal.

Apart from naming Lowassa as a key player in the dubious deal, the parliamentary probe committee that investigated the contract also recommended the dismissal of several key cabinet ministers.

They include Attorney General Johnson Mwanyika and both the current and former ministers for energy and minerals, Nazir Karamagi, and Dr Ibrahim Msabaha, respectively.

The report findings tabled in Parliament yesterday by committee chairman Dr Harrison Mwakyembe, identified the three ministers as having played a key role in the awarding of the contract to Richmond under dubious circumstances.

The committee recommends that the (current) Minister for Energy and Minerals, Nazir Karamagi, MP, who vigorously supported the transfer of

Continues on page

# Will he resign?

From page 1

contract.According to Mwalyembe, the only three people who knew the truth about the Lowassa-Rostam link to the deal were former energy and minerals minister Dr Ibrahim Msabaha, the ministry's permanent secretary, Arthur Mwakapugi, and the chairman of TANESCO's board of directors, Ambassador Fulgence Kazaura.

After being summoned on at least two different occasions, the three officials declined to explain the intertwined interests of Lowassa and Rostam in the Richmond contract.

"However, after being questioned under oath, Dr Ibrahim Msabaha, told the committee that he was just being made the sacrificial lamb in the whole affair," said Dr Mwalyembe.

He added: "Ambassador Kazaura later told the committee of the record on November 30, 2007, that Richmond was a personal business project of the Prime Minister (Lowassa) and his main business partner, Rostam Aziz."

Dr Mwalyembe said the committee has decided to spill the beans on matters said by Dr Msabaha and Kazaura in confidence due to the seriousness of the whole issue.

He noted that Ambassador Kazaura and also in January last year spoken before the committee about the link between Richmond Development Company LLC and Lowassa.

"It's quite obvious that for these 'loyal' civil servants, it would have been difficult for them to directly implicate the prime minister while under oath. Such actions would have required tremendous courage and enormous patriotism," he said.

Mwalyembe said despite the apparent fear demonstrated by Dr Msabaha and ambassador Kazaura while under question-

ing, documentary, verbal and circumstantial evidence gathered from various other witnesses directly implicated the PM in the Richmond affair and "placed him in an unenviable political situation."

"Rumours of the prime minister's direct involvement along with some of his close associates have spread almost throughout the country at an alarming level," he said.

He added: "The committee realizes that the rapid spreading of the rumours could have been contributed by his political enemies, but the relative ease in which the people have believed these rumours raises a lot of questions about the trust, confidence and integrity that he (Lowassa) built for himself in the society."

Dr Mwakyembe said Rostam Aziz was sent a summons to appear before the parliamentary probe committee but dodged the grilling sessions purportedly because he was outside the country when the committee was sitting in Dar es Salaam.

Rostam was wanted for questioning on his links with the US-based Richmond Development Company LLC and Dowans Holdings S.A after more than five witnesses singled him out.

"He (Rostam) was also wanted by our committee to explain why the postal and e-mail addresses of his company, Caspian Construction Company Ltd, was being used by Dowans Holdings S.A. The committee was also given several names of employees of Caspian who also work for Dowans Holdings S.A," he said.

He said the former energy and minerals minister under former president Benjamin Mkapa's government, Daniel Yona, also dodged the committee when summoned to explain why he had given Richmond way

back in 2004 exclusive right of 18 months to develop a failed oil pipeline project.

In its recommendations, the parliamentary committee highlighted the PM's personal involvement in the dubious Richmond contract.

"The committee has documented, circumstantial and verbal evidence showing that undue influence and power in favour of Richmond) was exerted by none other than the prime minister himself," says the report.

He said the parliamentary committee was dismayed by reports directly linking Lowassa as having deliberately favoured the Richmond company.

"Taking into due consideration the importance of the position held by the prime minister in supervising government operations and the entire national leadership in general, it is up to his own responsibility to weigh the seriousness of the report findings of our committee," says the report, implying that Lowassa must now take responsibility for his own actions

Earlier yesterday, the Minister for Infrastructure Development, Andrew Chenge, tried to block the Richmond report from being tabled in Parliament on the grounds that government business in the House had not yet been concluded. He was overruled by the Speaker.

Meanwhile, the CCM parliamentary caucus meeting was also scheduled to be held in Dodoma last night, with the Richmond report findings likely to dominate discussions.

Lowassa normally chairs the caucus meetings by virtue of his position as Prime Minister and leader of official government business in the National Assembly.

# Cabinet reshuffle looming

From page 1

the contractual obligations (from Richmond to Dowans), should be made accountable," says part of the recommendations of the report.

Msabaha, who is currently the Minister for East Africa Community, was particularly fingered for going against the country's laws and official cabinet decisions in favour of Richmond. "The committee recommends that the then minister for energy and minerals, Dr Ibrahim Msabaha (MP) and the Permanent Secretary, Arthur Mwakapugi, should face strict disciplinary action for deliberately putting the country into a contract with a briefcase company (Richmond) thus causing huge losses to the nation," says the recommendations of the report.

Apart from sacrificing several of his ministers, Kikwete may also have to re-arrange some senior other individuals in key government positions.

They include the Permanent Secretary in the Ministry of Energy and Minerals, Arthur Mwakapugi, the Commissioner for Energy, Bashir Mrindoko, and a senior state attorney, Donald Chidowu, who have all been

singled out by the parliamentary report for strict disciplinary action.

The committee also recommended disciplinary action against senior government officials who were part of the 17-member government negotiation team that finalised the contract talks with Richmond.

According to THISDAY findings, the government negotiation team was chaired by Singi Madaha, assistant commissioner for debt policy in the Ministry of Finance.

Other government officials who took part in the controversial Richmond negotiation included Theophilus Bwakea, assistant commissioner for electricity in the Ministry of Energy and Minerals, and Dick Thewa from the Bank of Tanzania (BoT).

Also in the contract negotiations were Julius Sarota from the Ministry of Energy and Minerals, and Donald Chidowu, a state attorney from the AG's chambers.

Representing TANESCO in the talks were Stephen Mabuda, Mohamed Saleh, Godson Makia, James Mtei and Wangwe Mwita.

The Richmond delegation, led by the company's director Mohamed Gire, also included Naeem Gire, Gary Borges and Cuthbert Tenga (lawyer)...



Insure direct and save up to 25

Just click

# Mail&Guardian online

🏠 Make this your homepage
RSS for your website, blog or reader

26 January 2008 00:17

The sma

SEARCH: ● M&G Online   The web   [_____]   GO

**BREAKING NEWS**

FRONT PAGE
NATIONAL
AFRICA
INTERNATIONAL
BUSINESS
SPORT
AND IN OTHER NEWS ...
PHOTO GALLERIES

**NEWS INSIGHT**

NATIONAL
AFRICA
INTERNATIONAL
COMMENT & ANALYSIS
BUSINESS
COLUMNISTS
EDITORIALS
THE WEEKLY WRAP
MONITOR
THOUGHT LEADER
BODY LANGUAGE
OBITUARIES
SUPPLEMENTS

**LEISURE**

THE GUIDE
ARTS
M&G MONEY
MOTORING
TECH
TRAVEL

**SPECIAL REPORTS**

ZUMA SPECIAL REPORT
AIDS, MALARIA & TB
BOOK OF SA WOMEN
OTHER REPORTS

**REGULARS**

ZAPIRO
MADAM & EVE

AFRICA

# Tanzanian 'fraud' draws foreign flak

Juma Kwayera | Nairobi

*23 October 2007 11:59*

A political storm over corruption allegations in Tanzania could compel President Jakaya Kikwete to sack Prime Minister Edward Lowassa -- and is already damaging the country's standing with international donors.

Tanzanian press reports in the past two months have linked Lowassa to a major financial fraud that precipitated 10 months of power-rationing last year.

Since July this year independent newspapers have run articles questioning Lowassa's integrity after he allegedly approved a deal in which a US-based firm, Richmond Development Company, was awarded a $115-million contract to supply power generators in 2005.



Do your kids invest their pocket-money more wisely than you blow your salary?

LIBERTY LIFE
*The way life should be*

Instead, the company supplied second-hand jet engines that stalled barely three months after installation, leading to what is now referred to as "Richmondgate".

The allegations against Lowassa are contained in a report -- dubbed the "List of Shame" -- compiled by the political opposition, which points fingers at several other ministers whom the opposition wants sacked.

Lowassa distanced himself from the allegations last week through his press secretary, Said Nguba, who said: "The prime minister was never involved in the Richmond negotiations. All he did was to assume a general, overseeing role in government efforts to ensure the power-shortage problems afflicting the country at the time were urgently addressed."

ThisDay newspaper and the weekly, Kulikoni, said the perception of entrenched graft is exerting pressure on the president act decisively after development partners expressed concern. During the October 1 to 2 World

PODCASTS
CORRECTIONS
HIV/AIDS BAROMETER
**INTERACT**
FORUMS
LETTERS
**PARTNER SITES**
BLOGS
THE TEACHER
THE MEDIA ONLINE
SA GOOD NEWS

**Find your
match now!**



I am a:    Man
Looking    Women
for:
Age        25    to 35
Range:

**Career search**
Search South
Africa's #1 job
listings and career
advice site.
**Find me a job!**



- Pierre de Vos
- Jonathan Ancer
- Ebrahim Harvey
- Ndumiso Ngcobo
- Khadija Sharife
- Steven Friedman
- Charlene Smith
**More blogs ...**

**Discount on books!**
Subscribe to the *Mail &
Guardian* newspaper or the
*M&G Online's* free email
newsletter and get **15%
discount on books** at the
Exclusive Books website.
**Get the paper**
**Get the newsletter**

**M&G podcasts**
The hottest news
and views on our
daily news
podcasts and
weekly podcasts with Tony
Lankester
**Read more ...**

**Mobile news**
*M&G Online* news,
alerts and more on
your cellphone.
**Read more ...**



Trade Organisation Africa regional conference in Dar es Salaam, German ambassador Ingo Herbert challenged the government to act, "as donors have become uncomfortable with the allegations". Herbert said: "The allegations of graft being levelled against some officials by opposition politicians are very serious; we would like the government to give its side of the story as soon as it possibly can."

Earlier this month the Dutch ambassador to Tanzania, Karel van Kesteren, also demanded "robust and credible" responses to corruption allegations.

"But it is not only the big corruption that bothers me; equally destructive for confidence in the country is corruption at lower levels, where the private interests of some influential individuals seem to carry more weight than the interests of the poor," said Van Kesteren. The head of the European Union mission in Tanzania, Peter Maddens, told reporters early this month that the EU was contemplating reviewing its national budget support to "track progress and performance across a range of issues, including public financial management at the government level".

"Freezing aid is not on our radar screen yet," he said. Kikwete defended his government in a national address this week, in which he accused the political opposition of "seeking [to gain] cheap political mileage."

"Even the PCCB [Prevention and Combating of Corruption Bureau] cannot pass judgement on suspects arrested on corruption allegations," Kikwete said. "There is no law of the jungle here. Ours is a country that treasures the principles of the rule of law and good governance. Let us not come to a situation where we will all become detectives, arresting officers, prosecutors and judges all rolled into one." The prospect of aid cutbacks elicited an angry response from Foreign Minister Bernard Membe who, several weeks ago, ordered foreign envoys to stop poking their noses into Tanzania's domestic affairs.

Meanwhile, four opposition parties -- Chadema, the Tanzania Labour Party (TLP), NCCR-Mageuzi and the Civic United Front -- announced this week that they would organise demonstrations to force the government to act against corruption.

TLP leader Augustine Mrema told a public rally in Dar es Salaam last week: "The president has not responded to our memorandum that contains a list of people perceived to be the kingpins of graft. We are now convinced that he has ignored pleas to address graft as a matter of national concern. We have resolved to organise countrywide civil disobedience to force the government to act."

In the memorandum, the opposition claims that the $340-million bill for constructing a new central bank headquarters is 10 times higher than the real cost. The bank is one of the projects the opposition says "stink of corruption". -- © Guardian News & Media Ltd 2007

Get *M&G Online* news on your cellphone
SMS **mg** to **32368** (R1 one-off) or go to m.mg.co.za [ More ]

Add to Facebook: M&G Online headlines on your profile

Add to Muti: Highlight this story on SA's social bookmarking site

Blogs linking to: M&G Online | This article | What's this about?

Save this page: on del.icio.us | Digg it

» ACC
» FIR
» CRI
» ONi
» BU
» PR(
» MAi
» INS
» FIN
» HOl
» ONi
» INS
» PLA

Fri Jan

SA E:
R/$
R/£
R/€

IN THIS

Namibi
deal -- f
Nigeria
How to
deaths i
Reform
security
Kenya s
oldest p



[ see

R
V
Ind

[ see

**FIND**

- A job
- A date
- A destination
- An insurance quote
- Business search

**QUICK LINKS**

- News on your cellphone
- SMS news alerts
- M&G Online mobizine
- Get your free blog

**SERVICES**

- Subscribe to M&G
- Subscription queries
- Free news for your site
- Place an advert

→ **Hot news and views on the weekly and daily M&G Online podcasts**

→ Add M&G Online news to your website or blog

→ Get M&G Online news in your RSS reader

→ For more news, go to the M&G Online home page

### ADVERTISING LINKS

→ Looking for a reliable IT supplier? Shop at PCMall.co.za for the best prices on all PC and technology equipment, notebooks, etc

→ Search for training on The Skills Portal More than 3 000 training courses and providers -- plus the latest HR and skills news

→ Win now! Win luxury prizes every day

→ Dating Buzz Find your match now!

→ Brabys.com Finding a company or service is simple and easy on our business directory

→ Private Property listings List your property with us or search for a property. No estate agent's commission

→ Your gadgets, cheaper, on Bid or Buy Do your shopping via online auction and get your goods for great prices

→ Newsflash Get news on your desktop!

Advertise your business here

**Tanzania Safari**
Everything you need to know about planning a safari in Tanzania.

**Wildlife Safari Tanzania**
Plan your dream safari holiday with Tanzani Safari travel specialists.

Ads by Google

→ Comment: Read what our Thought Leaders have to say

→ Blog: Blog this story on the *M&G Online*'s Amagama

→ News on your desktop: Download & install M&G Online NewsFlash

→ News on your cell: Get news headlines by SMS

→ Daily Newsletter: Get the news by email

AFRICA | HOMEPAGE

CONTACT US | ABOUT US | M&G HISTORY | SUBSCRIPTIONS | FREE NEWS FEED | ADVERTISING

All material copyright Mail&Guardian.
Material may not be published or reproduced in any form without prior written permission.
Read the Mail&Guardian's privacy policy
RSS feed    JavaScript feed
OPA MEMBER OF THE ONLINE PUBLISHERS ASSOCIATION