UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

INDEPENDENT POWER TANZANIA LTD.,                                    07 CV 10366 (AKH)

                                            Plaintiff,

                vs.                                                 DECLARATION

THE GOVERNMENT OF THE REPUBLIC OF TANZANIA,


                                            Defendant.

-------------------------------------------------------------------------


### DECLARATION OF JIGGE VENERABILIS

Jigge Venerabilis hereby deposes and states the following pursuant to 28 U.S.C. § 1746:

1.      I am the Administrative Manager of Independent Power Tanzania Ltd. ("IPTL"). I am over 18 years of age.

2.      On November 22, 2007, I personally delivered copies of the Summons and Complaint in this action to the following individuals at their respective addresses, as follows:

    a. Mr Arthur Mwakapugi – Permanent Secretary Ministry of Energy and Minerals, of the Government of Tanzania, Samora Avenue, PO Box 2000, Dar Es Salaam.

    b. Mr Bashir Mrindoko – Commissioner of Energy and Petroleum Affairs, Ministry of Energy and Minerals, of the Government of Tanzania, Samora Avenue, PO Box 2000, Dar Es Salaam.

    c. Mr Gray Mgonja – Permanent Secretary Ministry of Finance of the Government of Tanzania – Shaaban Roberts Street, PO Box 9111, Dar Es Salaam.

118497592 1

d.  Mr Nazir Karamagi – Minister of Energy and Minerals of the Government of Tanzania, Samora Avenue, PO Box 2000, Dar Es Salaam.

e.  Mrs Zakia Meghji – Minister of Finance of the Government of Tanzania, Shaaban Roberts Street, PO Box 9111, Dar Es Salaam.

f.  Dr Idris Rashidi – Managing Director Tanesco – Tanesco Ubungo Head Office, Umeme Park, P.O Box 9024, Dar Es Salaam.

g.  Deputy Permanent Secretary – Ministry of Justice and Constitutional Affairs, Kivukoni Front, PO Box 9053, Dar Es Salaam.

h.  Governor, Bank of Tanzania – Sokoine Drive, PO Box 2939 Dar Es Salaam.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2008

Jigge Venerabilis