UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

INDEPENDENT POWER TANZANIA LTD.,

        Plaintiff,

  - against -                  07 CV 10366 (AKH)

THE GOVERNMENT OF THE REPUBLIC        **STIPULATION**
OF TANZANIA,

        Defendant.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendant The Government of the Republic of Tanzania's time to file its reply papers in support of its motion to dismiss the complaint is extended from February 15, 2008 to February 22, 2008, and the return date of the motion is adjourned accordingly to February 22, 2008.

Dated: New York, New York
       February 14, 2008

NIXON PEABODY LLP                  HUNTON & WILLIAMS LLP

By: _____         By: _____
Robert C. Sentner                       Joseph J. Saltarelli
437 Madison Avenue                 200 Park Avenue
New York, N.Y. 10022              New York, N.Y. 10166
(212) 940-3000                       (212) 309-1000

Attorneys for Plaintiff              Attorneys for Defendant

SO ORDERED: 2/15/08

_____
U.S.D.J.