

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/8

RECEIVED
MAR 10 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

# HUNTON& WILLIAMS

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0136

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

JOSEPH J. SALTARELLI
DIRECT DIAL:(212) 309-1048
EMAIL: jsaltarelli@hunton.com

FILE NO: 62873.3

March 7, 2008

*The R.16 conf is canceled.*
*3/14/08*
*[signature]*

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: **Independent Power Tanzania Ltd. v. The Government of the Republic of Tanzania, 07 Civ. 10366 (AKH)**

Dear Judge Hellerstein:

We represent defendant, The Government of the United Republic of Tanzania ("GOT"). GOT's motion to dismiss the complaint for lack of subject matter and personal jurisdiction is *sub judice* and has been scheduled for oral argument at 11:00 a.m., April 15, 2008. A few days prior to the scheduling of oral argument, your Courtroom Deputy, Brigitte Jones, issued notice of an initial Rule 16 conference for March 21, 2008. Insofar as GOT's motion seeks dismissal of the action in its entirety on jurisdictional grounds and is to be argued as soon as April 15, GOT believes that the Rule 16 conference should be adjourned, pending the Court's decision on the motion. I have conferred with counsel for the plaintiff, Robert C. Sentner, and he has no objection to an adjournment of the conference.

On behalf of counsel for parties, I would appreciate hearing from the Court or chambers as to whether the Rule 16 conference is to be rescheduled. Thank you for your consideration in this matter.

Respectfully,

Joseph J. Saltarelli

cc: Robert C. Sentner, Esq.

ATLANTA  AUSTIN  BANGKOK  BEIJING  BRUSSELS  CHARLOTTE  DALLAS  HOUSTON  KNOXVILLE
LONDON  LOS ANGELES  McLEAN  MIAMI  NEW YORK  NORFOLK  RALEIGH  RICHMOND  SINGAPORE  WASHINGTON
www.hunton.com