Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Defendant,
The Government of the
United Republic of Tanzania*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEPENDENT POWER TANZANIA LTD.,

            Plaintiff,

- against -                                              07 CV 10366 (AKH)

THE GOVERNMENT OF THE REPUBLIC
OF TANZANIA,

            Defendant.

------------------------------------------------------------X



## DEFENDANT THE GOVERNMENT OF THE UNITED REPUBLIC OF TANZANIA'S MOTION FOR THE ADMISSION OF JOHN JAY RANGE PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph J. Saltarelli, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Names:    John Jay Range
    Firm Name:    HUNTON & WILLIAMS LLP
    Address:    1900 K Street, N.W.
    City/State/Zip:    Washington, DC 20006
    Phone Number:    (202) 955-1500
    Fax Number:    (202) 778-2201

John Jay Range is a member in good standing of the Virginia State Bar, the Maryland State Bar and the District of Columbia Bar. There are no pending disciplinary proceedings against John Jay Range in any State or Federal court.

Dated: New York, New York
      March 20, 2008

                                          Respectfully Submitted,

                                          HUNTON & WILLIAMS LLP

                                          By: _____
                                              Joseph J. Saltarelli
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 309-1000

                                              *Attorneys for Defendant,*
                                              *The Government of the*
                                              *United Republic of Tanzania*

TO:    Robert C. Sentner, Esq.
         NIXON PEABODY LLP
         437 Madison Avenue
         New York, New York 10022

         *Attorneys for Plaintiff*
         *Independent Power Tanzania Ltd.*

Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Defendant,
The Government of the
United Republic of Tanzania*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEPENDENT POWER TANZANIA LTD.,

               Plaintiff,

   - against -                                  07 CV 10366 (AKH)

THE GOVERNMENT OF THE REPUBLIC
OF TANZANIA,

               Defendant.

------------------------------------------------------------X

## AFFIDAVIT OF JOSEPH J. SALTARELLI IN SUPPORT OF DEFENDANT THE GOVERNMENT OF THE UNITED REPUBLIC OF TANZANIA'S MOTION FOR THE ADMISSION OF JOHN JAY RANGE PRO HAC VICE

State of New York   )
                          )
County of New York  )

      Joseph J. Saltarelli being duly sworn, deposes and says:

      1.    I am a member of the bar of this Court and I am of counsel at Hunton & Williams LLP, attorneys for the defendant The Government of the United Republic of Tanzania, I submit this affidavit pursuant to Local Rule 1.3(c) in support of defendant's application for an order granting John Jay Range *pro hac vice* admission to this Court to act as counsel for the defendant in this action.

2. John Jay Range is a Partner with the law firm of Hunton & Williams LLP, and his office is located at 1900 K. Street, N.W., Washington, DC 20006. He was admitted to the Virginia State Bar on October 1, 1980; and to the Maryland Bar on June 17, 1993; and to the District of Columbia Bar on December 19, 1983. Current Certificates of Good standing from each of the these Bar Associations are attached as Exhibits A.

3. Mr. Range is familiar with the facts and circumstances underlying the dispute between the parties.

4. I have found Mr. Range to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of John Jay Range, pro hac vice. A proposed order granting admission of John Jay Range, pro hac vice, is attached as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit John Jay Range, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: New York, New York
March 20, 2008

_____
Joseph J. Saltarelli

Sworn to before me this
20th day of March, 2008

_____
Notary Public

BRADFORD C. MULDER
Notary Public, State of New York
No. 02MU5067057
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Oct. 7, 20 10



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JOHN JAY RANGE IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. RANGE WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 1, 1980,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued March 7, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of June, 1993,

### John Jay Range

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventh day of March, 2008.

*[signature: Alexander L. Cummings]*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN J. RANGE

was on the 19TH day of DECEMBER, 1983 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEMPENDENT POWER TANZANIA LTD.,  :
   :
              Plaintiff,  :
   :
          - against -  :   07 CV 10366 (AKH)
   :
THE GOVERNMENT OF THE REPUBLIC  :
OF TANZANIA,  :
   :
              Defendant.  :
   :
------------------------------------------------------------X

## ORDER FOR ADMISSION OF JOHN JAY RANGE PRO HAC VICE

Upon the motion of Joseph J. Saltarelli, attorney for Defendant, the Government of the United Republic of Tanzania, and said affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Names:   John Jay Range
    Firm Name:   HUNTON & WILLIAMS LLP
    Address:   1900 K Street, N.W.
    City/State/Zip:   Washington, DC 20006
    Phone Number:   (202) 955-1500
    Fax Number:   (202) 778-2201
    Email Address:   jrange@hunton.com

is admitted to practice *pro hac vice* as counsel for Defendant, the Government of the United Republic of Tanzania, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

                                                            _____
                                                             United States District Judge

# DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746.

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant The Government of the United Republic of Tanzania.

That on March 20, 2008, I served a true copy of the attached Notice of Motion for Admission pro hac vice, on Plaintiff's counsel at the address listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2008.

_____
Bradford C. Mulder

TO:   Robert C. Sentner, Esq.
      NIXON PEABODY LLP
      437 Madison Avenue
      New York, New York  10022

      *Attorneys for Plaintiff*