UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEXPENDENT POWER TANZANIA LTD.,

                 Plaintiff,

    - against -

THE GOVERNMENT OF THE REPUBLIC
OF TANZANIA,

                 Defendant.
------------------------------------------------------------X

07 CV 10366 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/08

## ORDER FOR ADMISSION OF JOHN JAY RANGE PRO HAC VICE

Upon the motion of Joseph J. Saltarelli, attorney for Defendant, the Government of the United Republic of Tanzania, and said affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Names:    John Jay Range
    Firm Name:    HUNTON & WILLIAMS LLP
    Address:    1900 K Street, N.W.
    City/State/Zip:    Washington, DC 20006
    Phone Number:    (202) 955-1500
    Fax Number:    (202) 778-2201
    Email Address:    jrange@hunton.com

is admitted to practice *pro hac vice* as counsel for Defendant, the Government of the United Republic of Tanzania, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 3/25/08

_____
United States District Judge